NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS S. MARSHALL,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3201

---

Petition for review of the Merit Systems Protection Board in case no. NY0353100255-I-1.

---

**ON MOTION**

---

## ORDER

Douglas S. Marshall. moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 1 8 2011__               /s/ Jan Horbaly
Date                          Jan Horbaly
                              Clerk

cc:  Douglas S. Marshall
     Jeanne E. Davidson, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
CLERK